

**ANDREW K. CUDDY**
MANAGING ATTORNEY

**BENJAMIN M. KOPP**
SENIOR ATTORNEY
FEDERAL LITIGATION TEAM LEADER
(NY)
BKOPP@CUDDYLAWFIRM.COM

**PRINCIPAL OFFICE (MAILING ADDRESS)**
5693 SOUTH STREET ROAD
AUBURN, NY 13021
(315) 370-4020

**OFFICES**
VALHALLA, NY | PHILADELPHIA, PA
CLEVELAND, OH | CHARLOTTE, NC

March 6, 2025

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   The Law Office of Philippe J. Gerschel v. N.Y.C. Dept. of Educ.
      1:24-cv-6303-MMG

Dear Hon. Garnett:

    I have been the attorney assigned to represent Plaintiff at Cuddy Law Firm, P.L.L.C., which will soon no longer represent Plaintiff and is in the process of submitting motions to withdraw from Plaintiff's cases; and as such, I will soon not represent Plaintiff any longer and will have no authority to speak on Plaintiff's behalf. Accordingly, Plaintiff respectfully requests a stay of the deadline to submit objections to the Report and Recommendation at ECF 19, until new counsel can be secured. I have discussed this matter with opposing counsel, who consents to this request.

    Currently, the objections to be stayed are due March 7, 2025, and Plaintiff, a law office, expects to work expeditiously to secure new counsel who can appear in this Court. This is the third request affecting this deadline. The first extension was granted for two weeks because Plaintiff was on an emergency medical visit to his grandmother in a remote French village; and the second request was granted for one week because both Plaintiff and our Managing Attorney, who were necessary for work on the matter, had been sick, in addition to a shortened President's Day week. There are no other scheduled dates affected by this request for a stay while Plaintiff secures new counsel.

    Thank you for your consideration of this matter.

Respectfully,

s/ Benjamin M. Kopp
Benjamin M. Kopp, Esq.

---

Application GRANTED. Plaintiff's deadline to submit objections to Judge Aaron's Report & Recommendation (Dkt. No. 19) is hereby ADJOURNED pending the substitution of counsel for Plaintiff. It is hereby ORDERED that Plaintiff shall file a letter, regarding the status of efforts thereto, no later than **March 21, 2025**. The Clerk of Court is respectfully directed to terminate Dkt. No. 24.

SO ORDERED.  Date: 3/7/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

1