

**SIMONSON LAW PLLC**

95 Alle[...]
Rochester, New York 14618
www.simonsonlaw.com

March 20, 2025

**BY ECF**

Hon. Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      Re:    **The Law Office of Philippe J. Gerschel v.
New York City Department of Education**
1:24-cv-06303-MMG-SDA (S.D.N.Y.)

Dear Judge Garnett:

      I write on behalf of Plaintiff the Law Office of Philippe J. Gerschel in the above-referenced proceeding. Pursuant to the Court's March 7, 2025 Order (Dkt. No. 25), I write to inform the Court that Plaintiff has now retained the undersigned to represent it as substitute counsel in this proceeding going forward. I understand that, now that I have been retained, Benjamin Kopp of the Cuddy Law Firm will be moving to withdraw as counsel for Plaintiff (*see* Dkt. No. 24).

      As I am new to the case and in the process of familiarizing myself with these proceedings, I also write to respectfully request that the Court continue the adjournment of Plaintiff's deadline to submit objections to Magistrate Judge Aaron's Report and Recommendation (Dkt. No. 19) for an additional 14 days (i.e., until April 3, 2025). Pursuant to Section I(B)(5) of the Court's Individual Rules & Practices, Plaintiff states the deadline to submit objections was originally February 18, 2025. Plaintiff has made three prior requests to extend the deadline, which the Court has granted (Dkt. Nos. 21, 23 and 25). I have conferred with counsel for Defendant and am informed that Defendant consents to this request. There are no other scheduled dates affected by this request.

I thank the Court for its consideration of this request.

> Respectfully submitted,
>
> *s/Leif T. Simonson*
>
> Leif T. Simonson
> leif.simonson@simonsonlaw.com
> +1 612 448 3330
>
> www.simonsonlaw.com

cc.   All counsel of record (by ECF)

---

It is hereby ORDERED that Plaintiff may file objections to Judge Aaron's Report and Recommendation (Dkt. No. 19), no later than **April 3, 2025**. The Clerk of Court is respectfully directed to terminate Dkt. No. 27.

SO ORDERED.  Date: 3/20/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE