**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THE LAW OFFICE OF PHILIPPE J. GERSCHEL,

                Plaintiff,

  -against-                              24 **CIVIL** 6303 (MMG)

**JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2025, the Court ADOPTS the R&R in full and DISMISSES the case for lack of subject matter jurisdiction. If Plaintiff believes that any of the underlying proceedings were brought under Section 1415 of the IDEA, consistent with the analysis in this Opinion, Plaintiff may file individual actions seeking attorneys' fees for those cases.

**Dated:** New York, New York

      September 30, 2025

                                              **TAMMI M. HELLWIG**

                                                 **Clerk of Court**

                       **BY:**

                                                 **Deputy Clerk**